**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| IN RE: | ) | |
| SUSAN A. COLLINS, | ) | Case No.  10-13301-M |
| | ) | (Chapter 13) |
| Debtor. | ) | |

**FIRST AMENDED CHAPTER 13 PLAN**

LENGTH OF PLAN:      60 Months.

PLAN PAYMENT:      Debtor shall pay $1,950.00/month during Month 1-60 of the Plan.  Total paid into the Plan: $117,000.00.  The Trustee shall deduct his fee from each payment pursuant to 11 U.S.C. § 1326(b)(2).

COMMENCEMENT:      Plan payments shall commence thirty days from the date the Petition is filed.  First Payment Due: October 23, 2010.

**PRIORITY CLAIMS** (To be paid in full without interest):

| CLAIMANT | DESCRIPTION | CLAIM AMOUNT | HOW PAID, MONTHLY PAYMENT, TOTAL |
|---|---|---|---|
| Richard A. Chapman | Attorney fees | $1,799.00 | 1-10 @ $179.90 **$1,799.00** |

**CLAIMS ENTITLED TO ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. § 1326(a)(1)(C):** The following claimants are provided adequate protection in the form of a lien on each pre-confirmation plan payment to the Chapter 13 Trustee in the amount stated below for each claimant, subject to the provisions of L.R. 3070-2.

**SECURED CLAIMS** (Exclusive of home mortgages):

| CLAIMANT | CLAIM AMOUNT | COLLATERAL | ALLOWED CLAIM AMOUNT | INT. RATE | HOW PAID, MONTHLY PAYMENT, TOTAL |
|---|---|---|---|---|---|
| Citizens Automobile Finance | $21,013.08 | 2008 Nissan Maxima | $21,013.08 | 7.65% | 1-60 @ $422.56 **$25,353.60** |
| Nissan Motor Acceptance Corp. | $27,657.52 | 2009 Nissan Murano | $27,657.52 | 4.90% | 1-60 @ $520.67 **$31,240.20** |

NOTE: Secured creditors shall retain their liens to the extent of the value stated above.

The allowed secured claim of each secured creditor shall be the amount of the value stated above with any balance of the claim as filed being allowed as an unsecured claim, with the lien of the creditor being avoided on the unsecured portion pursuant to 11 U.S.C. § 506(d).

**R.E./MORTGAGES:**

| CLAIMANT | DESCRIPTION | AMOUNT | EXPLANATION |
|---|---|---|---|
| Chase Home Finance* | Mortgage | Approx. $103,006.73 | Debtor shall make all regular, on-going post-petition mortgage payments directly to mortgage holder as they come due. * |
| Green Tree* | 2nd Mortgage | $42,112.40 | 1-60 @ $525.32 **$31,519.20*** |
| Green Tree | 2nd Mortgage Arrearage | $1,125.96 | 1-11 @ $102.36 **$1,125.96** |

* This is a long-term debt, which shall not be discharged and will continue upon completion of the Plan.  See, 11 U.S.C. § 1328(a)(1).

**PROPERTY TO BE SURRENDERED: N/A.**

**EXECUTORY CONTRACTS: N/A.**

**UNSECURED CLAIMS:** All claims not specifically provided for above and those relegated to unsecured status above shall be paid a general unsecured claim, without priority, on a prorate basis.

Unsecured claims per schedule:          $76,699.32
Claims relegated to unsecured status:   $      0.00
Total projected unsecured claims:        $76,699.32

Approximated percentage payback
to holders of unsecured claims:           **13%**

**OTHER PROVISIONS:**
1)  All property of the estate under 11 U.S.C. § 1306 shall remain property of the estate. The Automatic Stay shall remain in force and effect until the conclusion of the case, or other Order from the Court.
2)  All claims will be treated as set forth above unless a creditor objects prior to the Confirmation Hearing and files a claim within ninety (90) days after the first date set for the meeting of creditors called pursuant to 11 U.S.C. § 341(a).

3)  Creditors who fail to file a claim within the time stated in paragraph two (2) above may not receive any distributions under this Plan.

4)  The provisions of Contracts with secured creditors are incorporated herein except as modified by this Plan and the Order Confirming Plan.

5)  The above-named debtor(s) shall be enjoined from incurring any additional debt without prior approval of the court except such debt as may be necessary for emergency medical or hospital care.

6)  Creditors will be enjoined and prohibited from assessing late charges, penalties, or other fees by virtue of the manner in which payments are made, or by virtue of the timing of payments under this Plan made by the Trustee.

Dated:  October 8, 2010.

Respectfully submitted,
**RICHARD A. CHAPMAN, P.C.**
s/ Richard Chapman
Richard A. Chapman, OBA # 17849
1612 South Cincinnati Ave., Suite 210
Tulsa, OK 74119-4418
Ph.  (918) 392-5170
Fax (918) 592-0842
*Email*: rchapman@tulsacoxmail.com

***Attorney for Debtor***